ORIGINAL

FILED
SEP 3 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

WRS INFRASTRUCTURE &
ENVIRONMENT, INC.,

PLAINTIFF,

vs.

UNITED STATES OF AMERICA,

DEFENDANT.

No. 08-613 C

# MOTION FOR PROTECTIVE ORDER

Plaintiff WRS Infrastructure & Environment, Inc. ("WRSIE") respectfully requests that the Court issue its standard protective order in this case. The documents being filed contemporaneously with the Complaint in the above captioned case include proprietary and confidential information, the public release of which potentially would prejudice the WRSIE. Accordingly, we respectfully request that the Court issue its standard protective order.

Dated: September 2, 2008

Respectfully submitted,

Pamela J. Mazza, Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, DC 20006
Phone: (202) 857-1000
Facsimile: (202) 857-0200
pmazza@pilieromazza.com

*Counsel of Record for Plaintiff,*
*WRS Infrastructure & Environment, Inc.*

Of Counsel:

Jonathan T. Williams, Esq.
Isaias "Cy" Alba, Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, DC 20006
(202) 857-1000
(202) 857-0200 (facsimile)
jwilliams@pilieromazza.com
ialba@pilieromazza.com

**CERTIFICATE OF SERVICE**

I, Pamela J. Mazza, do hereby certify that a copy of the foregoing Motion for Protective Order is being served, via Federal Express, on this 2nd day of September, 2008, for receipt next business day, upon:

U.S. Department of Justice
Commercial Litigation Branch
8th Floor, 1100 L St. NW,
Washington, DC 20530

Pamela J. Mazza