ORIGINAL

FILED
SEP 3 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

WRS INFRASTRUCTURE & ENVIRONMENT, INC.,

PLAINTIFF,

vs.

UNITED STATES OF AMERICA,

DEFENDANT.

No. 08-613 C

MOTION FOR PRELIMINARY INJUNCTION

Plaintiff WRS Infrastructure & Environment, Inc. ("WRSIE")moves that the Court enter in Order enjoining Defendant, the United States of America, acting through its agent, the Environmental Protection Agency, from taking any action to cancel award PR-R5-07-10098 pending the appeal of U.S. Small Business Administration ("SBA") Size Determination Case No. 3-2008-62 to the SBA Office of Hearings and Appeals ("OHA").

The grounds of this motion, as more fully set forth in the Complaint and Memorandum in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, are as follows:

1. Defendant, unless enjoined, will proceed to cancel award of contract No. PR-R5-07-10098 to Plaintiff in violation of 48 C.F.R. § 19.302(i), (j).

2. Plaintiff is likely to succeed on the merits in its action at OHA and to obtain the preliminary relief prayed for in the complaint, since it is clear that the SBA's size determination was arbitrary, capricious and otherwise contrary to law and regulation.

3. Unless Defendant is restrained pending OHA's final decision, the injury to Plaintiff in the interim will be irreparable since there is no cause of action for monetary relief.

4. No injury will be sustained by Defendant or by the public through issuance of a temporary restraining order, as Defendant can continue to obtain necessary services from existing sources as it has done during the pendency of the proceeding before SBA.

5. Plaintiff has no adequate remedy at law.

6. Preliminary Injunction will serve the public interest in that it will effectuate public policy as expressed in the Small Business Act and the Competition in Contracting Act.

WHEREFORE, Plaintiff respectfully requests that this Motion for Preliminary Injunction be granted.

Dated: September 2, 2008

Respectfully submitted,

Pamela J. Mazza, Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, DC 20006
Phone: (202) 857-1000
Facsimile: (202) 857-0200
pmazza@pilieromazza.com
*Counsel of Record for Plaintiff,*
*WRS Infrastructure & Environment, Inc.*

Of Counsel:

Jonathan T. Williams, Esq.
Isaias "Cy" Alba, Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, DC 20006
Phone: (202) 857-1000
Facsimile: (202) 857-0200
jwilliams@pilieromazza.com
ialba@pilieromazza.com

**CERTIFICATE OF SERVICE**

I, Pamela J. Mazza, do hereby certify that a copy of the foregoing Motion for Preliminary Injunction is being served, via Federal Express, on this 2nd day of September, 2008, for receipt next business day, upon:

U.S. Department of Justice
Commercial Litigation Branch
8th Floor, 1100 L St. NW,
Washington, DC 20530

Pamela J. Mazza