FILED
SEP 3 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WRS INFRASTRUCTURE & ENVIRONMENT, INC., PLAINTIFF, | No. 08-613 C |
| vs. | |
| UNITED STATES OF AMERICA, DEFENDANT. | |

# RULE 7.1 DISCLOSURE STATEMENT

Pursuant to RCFC 7.1(a), plaintiff WRS Infrastructure & Environment, Inc. ("WRSIE") hereby notifies the Court that it is 100 percent wholly-owned by WRS Holding Company. Additionally, no public corporation holds any of WRSIE's stock.

Dated: September 2, 2008

Respectfully submitted,

Pamela J. Mazza, Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, DC 20006
Phone: (202) 857-1000
Facsimile: (202) 857-0200
pmazza@pilieromazza.com

*Counsel of Record for Plaintiff,*
*WRS Infrastructure & Environment, Inc.*

Of Counsel:

Jonathan T. Williams, Esq.
Isaias "Cy" Alba, Esq.
PilieroMazza PLLC
888 17th Street, N.W., Suite 1100
Washington, DC 20006
(202) 857-1000
(202) 857-0200 (facsimile)
jwilliams@pilieromazza.com
ialba@pilieromazza.com

**CERTIFICATE OF SERVICE**

I, Pamela J. Mazza, do hereby certify that a copy of the foregoing Rule 7.1 Disclosure Statement is being served, via Federal Express, on this 2nd day of September, 2008, for receipt next business day, upon:

U.S. Department of Justice
Commercial Litigation Branch
8th Floor, 1100 L St. NW,
Washington, DC 20530

Pamela J. Mazza