IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| WRS INFRASTRUCTURE & ENVIRONMENT, INC., | ) | |
| Plaintiff, | ) | No. 08-613C |
| | ) | (Sr. Judge Smith) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert C. Bigler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert C. Bigler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7000
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-0315
Facsimile: (202) 305-7643
E-mail: Robert.Bigler@usdoj.gov

Dated: September 3, 2008

CERTIFICATE OF FILING

I hereby certify that on September 3, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Robert C. Bigler