# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **WRS INFRASTRUCTURE & ENVIRONMENT, INC.,** | |
| *Plaintiff,* | Case No. 08-613C |
| v. | Senior Judge Smith |
| **THE UNITED STATES,** | Filed: September 5, 2008 |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

Pursuant to the status conference held on September 5, 2008, the Court hereby STAYS any action rescinding the contract until October 2, 2008. The Court further SCHEDULES a telephone status conference for Thursday, October 2, 2008 at 11:00 am.

**It is so Ordered**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge